AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

DOMINIQUE WATSON, on behalf of herself and as putative personal representative of the Estate of Giovanni Love,

*Plaintiff(s)*

v.

DISTRICT OF COLUMBIA, THOMAS FAUST, OFFICER AKAIE, UNITY HEALTHCARE

*Defendant(s)*

Civil Action No. 23-cv-01670 - BAH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DISTRICT OF COLUMBIA
c/o Mayor, Muriel Bowser
1350 Pennsylvania Ave., NW
Washington D.C. 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Merrick Wayne
LOEVY & LOEVY
311 N. Aberdeen, 3rd FL
Chicago, IL 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 06/15/2023

/s/ Erica Duncan
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF PROCESS SERVER

## In The United States District Court for the District of Columbia

**Dominique Watson, on behalf of herself and as putative personal representative of the Estate of Giovanni Love**

Plaintiff(s),

vs.

**District of Columbia, et al.**

Defendant(s).

Attorney: Merrick Wayne
Loevy & Loevy
311 North Aberdeen St., 3rd Fl.
Chicago IL 60607


*298887*

**Case Number: 1:23-cv-01670-BAH**

Legal documents received by Same Day Process Service, Inc. on **06/20/2023** at **5:23 PM** to be served upon **District of Columbia, by serving Mayor, Muriel Bowser** at Office of the Attorney General for the District of Columbia, 400 6th St., NW, Washington, DC 20001

I, **Michael Molash**, swear and affirm that on **June 22, 2023** at **6:37 AM**, I did the following:

Served **District of Columbia, by serving Mayor, Muriel Bowser** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Standing Order for Civil Cases** to **Tonia Robinson** as **Authorized Agent** of District of Columbia, by serving Mayor, Muriel Bowser at Office of the Attorney General for the District of Columbia, 400 6th St., NW , Washington, DC 20001.

**Supplemental Data Appropriate to this Service:** Ms. Robinson accepted service via electronic mail by her email address of: tonia.robinson@dc.gov as "in hand" delivery is not possible at this time.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Michael Molash
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:298887

