AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Dominique Watson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-01670-BAH |
| District of Columbia, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dominique Watson.

Date: 10/05/2023

/s/ Stephen H. Weil
*Attorney's signature*

Stephen Weil  IL0123
*Printed name and bar number*

311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607

*Address*

weil@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*