UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINIQUE WATSON,<br><br>               Plaintiff,<br><br>     v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>               Defendants. | Civil Action No. 23-1670 (BAH) |

## DEFENDANT UNITED STATES' MOTION TO DISMISS

Defendant United States of America,[1] by and through undersigned counsel, hereby moves to dismiss Plaintiff's complaint for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). The Federal Tort Claims Act ("FTCA") is the exclusive remedy for the type of claims asserted against the United States in this case, and Plaintiff did not exhaust her administrative remedies before filing this suit as required by the FTCA. Because the exhaustion requirement is jurisdictional, Plaintiff's noncompliance with the exhaustion requirement is fatal to her claims, and the Court must dismiss Plaintiff's complaint as to the United States.

\* \* \*

---

[1] As explained in the United States' Notice of Substitution (ECF No. 38), the claims asserted against Unity Healthcare in this action have been deemed to be brought against the United States by operation of law, and thus, the United States has been substituted as a party defendant for Unity Healthcare.

In support of this motion, Defendant respectfully refers the Court to the accompanying memorandum of points and authorities, Declaration of Robert H. Murphy, and the two exhibits attached to the declaration. A proposed order is also enclosed herewith.

Dated: January 12, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: /s/ *Christina O'Tousa*
    CHRISTINA O'TOUSA, D.C. Bar #241667
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2437
    christina.otousa@usdoj.gov

*Attorneys for the United States of America*