UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOMINIQUE WATSON,

       Plaintiff,

   v.

DISTRICT OF COLUMBIA, et al.,

       Defendants.

Civil Action No. 23-1670 (BAH)

## DEFENDANT UNITED STATES' MOTION TO DISMISS

### EXHIBIT INDEX

| EXH. | DOCUMENT DESCRIPTION |
|---|---|
| | Declaration of Robert H. Murphy, Department of Health and Human Services (Dated January 12, 2024). |
| 1 | Administrative Claim of Dominque Watson as Personal Representative for Giovanni Love (Dated June 16, 2023) |
| 2 | Notice of Deeming Action for Unity Healthcare, Inc., Calendar Year 2022 (Dated July 13, 2021) |