UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOMINIQUE WATSON,

       Plaintiff,

v.

DISTRICT OF COLUMBIA, et al.,

       Defendants.

Civil Action No. 23-1670 (BAH)

## DECLARATION OF ROBERT H. MURPHY

I, Robert H. Murphy, declare as follows:

1. I am an Attorney in the General Law Division, Office of the General Counsel, Department of Health and Human Services (the "Department"). I am familiar with the official records of administrative tort claims maintained by the Department as well as with the system by which those records are maintained.

2. The Department has a Claims Office that maintains in a computerized database a record of administrative tort claims filed with the Department, including those filed with respect to federally supported health centers that have been deemed to be eligible for Federal Tort Claims Act malpractice coverage.

3. As a consequence, if an administrative tort claim had been filed with the Department with respect to Unity Healthcare, Inc., its approved delivery sites, or its employees and/or qualified contractors, a record of that filing would be maintained in the Claims Office's database.

4. I have caused a search of the Claims Office's database to be conducted and found that an administrative tort claim was filed by Dominique Watson as personal representative for

Giovanni Love on June 16, 2023. A copy of the administrative claim is attached to this declaration as Exhibit 1.  As of January 12, 2024, that claim remains pending.  There is no other record of an administrative tort claim filed by Dominique Watson and/or the Estate of Giovanni Love.

5. I have also reviewed official Agency records and determined that Unity Healthcare, Inc. was deemed eligible for Federal Tort Claims Act malpractice coverage for calendar year 2022 by way of a Notice of Deeming Action dated July 13, 2021.  A copy of the Notice of Deeming Action is attached to this declaration as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated at Washington, D.C., this 12th day of January, 2024.

ROBERT H. MURPHY
Attorney, Claims and Employment Law
General Law Division
Office of the General Counsel
Department of Health and Human Services