UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINIQUE WATSON,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>    Defendants. | Civil Action No. 23-1670 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant United States' Motion to Dismiss, and the entire record herein, it is hereby

ORDERED that Defendant United States' motion is GRANTED; and it is further

ORDERED that Plaintiff's Complaint against the United States is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

_____                                          _____
DATE                                                                    HON. BERYL A. HOWELL
                                                                                  UNITED STATES DISTRICT JUDGE