## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINIQUE WATSON, on behalf of herself and as putative personal representative of the Estate of Giovanni Love,<br><br>   *Plaintiff,*<br><br>   v.<br><br>DISTRICT OF COLUMBIA<br><br>   *Defendants*.<br><br>   and<br><br>DISTRICT OF COLUMBIA,<br><br>   and<br><br>THOMAS FAUST,<br><br>   *Third Party Plaintiffs,*<br><br>   v.<br><br>UNITED STATES OF AMERICA<br><br>   and<br><br>UNITY HEALTHCARE, INC.,<br><br>   *Third Party Defendants*. | Civil Action No. 1:23-CV-01670-BAH |

**THIRD-PARTY COMPLAINT**

Defendants and Third-Party Plaintiffs District of Columbia (the District) and Thomas Faust, under Fed. R. Civ. P. 14(a), file suit against Third-Party Defendants the United States of America (United States) and Unity Healthcare, Inc. (Unity Healthcare)). As grounds, Third-Party Plaintiffs state as follows:

**JURISDICTION**

1. The Court has subject matter jurisdiction over this third-party complaint against the United States under the Federal Torts Claim Act, 28 U.S.C. § 1346.

2. This Court has supplemental jurisdiction over this third-party complaint against Unity Healthcare under 28 U.S.C. § 1367.

**PARTIES**

3. Defendant/Third-Party Plaintiff District of Columbia is a municipal corporation organized under the laws of the District of Columbia.  It operates through its agency the District of Columbia Department of Corrections (DOC), a jail facility known as the Central Detention Facility (CDF).

4. Third Party Defendant Unity is a corporation providing mental health services to inmates of CDF under a contract with Defendant/Third-Party Plaintiff District of Columbia.

5. Third-Party Defendant the United States operates the Public Health Service (PHS), which is a statutory employer under 42 U.S.C. § 233(c) of an entity known as Unity Healthcare.  Employees of Unity Healthcare provide mental health services to inmates of CDF.

**FACTUAL BACKGROUND**

6. On June 3, 2023, Plaintiff Dominique Watson filed suit against Defendants District of Columbia, Thomas Faust, and Unity Healthcare.

7. Plaintiff Watson's lawsuit alleges, among other claims, that employees of DOC and Unity Healthcare, as well as Director Faust, were negligent in providing mental health care to Mr. Love and in not preventing Mr. Love from committing suicide. According to Plaintiff's Complaint, the negligence of DOC, Unity Healthcare, and Faust caused Mr. Love to suffer personal injury, including his death. Plaintiff seeks to recover damages in this action.

8. Under 42 U.S.C. § 233(c), the United States Public Health Service (PHS), is a statutory employer of Unity Healthcare. As a result, on November 23, 2023, the United States filed a Notice of Substitution, substituting itself as a defendant in place of Unity Healthcare as to the lawsuit filed by Plaintiff Watson.

9. On February 9, 2024, Plaintiff Dominique Watson and Defendant United States filed a stipulation of dismissal without prejudice, which dismissed Defendant United States as a defendant in the underlying action.

**COUNT I**
**(Contribution Against the United States)**

10. In her Complaint, Plaintiff alleges that Defendants District of Columbia and Thomas Faust breached a duty owed to Giovanni Love and that the breach of this alleged duty proximately caused his death.

11. Although Defendant/Third-Party Plaintiff District of Columbia denies negligence and liability in this matter, in the event that it is found to be negligent, such negligence was not the cause in fact or proximate cause of injuries to Giovanni Love.

Instead, the negligence of Third-Party Defendant United States, in its capacity as statutory employer of Unity Healthcare, was the cause in fact and proximate cause of those injuries.

12. In the event that Defendant/Third-Party Plaintiff District of Columbia is found to be negligent in the underlying litigation brought by Plaintiff Watson, it would be joint tortfeasors along with Third-Party Defendant United States, in its capacity as statutory employer of Unity Healthcare.

WHEREFORE, Defendants/Third-Party Plaintiffs District of Columbia and Thomas Faust respectfully request that this Honorable Court enter an Order in its favor entitling it to contribution from Third-Party Defendant United States in its capacity as statutory employer of Unity Healthcare in the event any damages are assessed against it in the underlying action by Plaintiff Watson, including any settlement, as well as any such further relief this Court deems proper.

## COUNT II
### (Indemnity Against Unity Health Care)

13. In her Complaint, Plaintiff alleges that Defendant/Third Party Plaintiff District of Columbia and breached a duty owed to Giovanni Love and that the breach of this alleged duty proximately caused his death.

14. Although Defendant/Third-Party Plaintiff District of Columbia denies negligence and liability in this matter, in the event that it is found to be negligent, such negligence was not the cause in fact or proximate cause of injuries to Giovanni Love. Instead, the negligence of employees of Third-Party Defendant Unity Healthcare was the cause in fact and proximate cause of those injuries.

4

15. Under the contract between Defendant/Third-Party Plaintiff District of Columbia and Third-Party Defendant Unity Healthcare, Unity Healthcare shall indemnify the District of Columbia against any and all claims and liabilities incurred as a result of any claims and judgments made by any person arising out of or in connection with the performance of Unity Healthcare under the contract.

WHEREFORE, Defendant/Third-Party Plaintiff District of Columbia respectfully requests that this Honorable Court enter an Order in its favor entitling it to indemnification from Third-Party Defendant Unity Healthcare in the event any damages are assessed against it in the underlying action by Plaintiff Watson, including any settlement, as well as any such further relief this Court deems proper.

## JURY DEMAND

Defendant/Third-Party Plaintiffs District of Columbia and Thomas Faust respectfully request a trial by jury on all matters raised herein.

Date:  May 10, 2024                    Respectfully submitted,

                                       BRIAN L. SCHWALB
                                       Attorney General for the District of Columbia

                                       STEPHANIE E. LITOS
                                       Deputy Attorney General
                                       Civil Litigation Division

                                       */s/ Alicia M. Cullen*
                                       ALICIA M. CULLEN [1015227]
                                       Chief, Civil Litigation Division, Section III

                                       */s/ Elise Levy*
                                       KATRINA SEEMAN [1671729]
                                       ELISE LEVY [90018007]
                                       Assistant Attorneys General
                                       Civil Litigation Division
                                       400 6th Street NW
                                       Washington, D.C. 20001

Phone:  202-724-6607; 202-724-6617
Fax:  202-724-5917; 202-585-0344
Email:  katrina.seeman@dc.gov;
elise.levy@dc.gov
*Counsel for Defendants District of Columbia and Thomas Faust*