UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOMINIQUE WATSON,

          Plaintiff,

    v.

DISTRICT OF COLUMBIA *et al.*,

          Defendants.

Civil Action No. 23-1670 (BAH)

Judge Beryl A. Howell

### ORDER

Upon consideration of defendants' Partial Motion to Dismiss, ECF No. 20, and the related legal memoranda in support and in opposition, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that defendants' Partial Motion to Dismiss, ECF No. 20, is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that plaintiff's claims against Director Thomas Faust, alleging, pursuant to 42 U.S.C. § 1983, deliberate indifference in failure to train, in violation of the Fifth Amendment, in Count I; failure to accommodate, in violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.*, in Count II; failure to accommodate, in violation of the Rehabilitation Act, 29 U.S.C. § 701 *et seq.*, in Count III; common law negligence, in Count IV; and wrongful death, in violation of D.C.'s Wrongful Death Statute, D.C. Code § 16-2701 *et seq.*, in Count V, are **DISMISSED**; it is further

**ORDERED** that defendant Director Thomas Faust is terminated from this matter; it is further

**ORDERED** that defendants' Partial Motion to Dismiss the claims against the District of Columbia, alleging, pursuant to 42 U.S.C. § 1983, deliberate indifference in failure to train, in

violation of the Fifth Amendment, in Count I; and failure to accommodate, in violation of the ADA and the Rehabilitation Act, in Counts II and III, respectively, is **DENIED**; it is further

**ORDERED** that plaintiff's claims against "Officer Akaie" are **DISMISSED WITHOUT PREJUDICE**, pursuant to Federal Rule of Civil Procedure 4(m); it is further

**ORDERED** that defendant "Officer Akaie" is terminated from this matter; it is further

**ORDERED** that the parties shall file, by August 2, 2024, a Joint Meet and Confer Report as required by paragraph 4(a) of the Court's Standing Order, ECF No. 4, proposing a schedule for further proceedings to address plaintiff's remaining claims against the District of Columbia, for, pursuant to 42 U.S.C. § 1983, deliberate indifference in failure to train, in violation of the Fifth Amendment, in Count I; failure to accommodate, in violation of the ADA and the Rehabilitation Act, in Counts II and III, respectively; common law negligence, in Count IV; and wrongful death, in violation of D.C.'s Wrongful Death Statute, in Count V; and it is further

**ORDERED** that the parties' Joint Meet and Confer Report shall also address the claims in the Third-Party Complaint, ECF No. 46 brought by the District of Columbia against Unity Healthcare, Inc.

**SO ORDERED.**

Date:   July 19, 2024

_____
**BERYL A. HOWELL**
United States District Judge