# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINIQUE WATSON, on behalf of herself and as putative personal representative of the Estate of Giovanni Love,<br><br>    *Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    *Defendants.* | Civil Action No. 23-1670 (BAH)<br>Judge Beryl A. Howell |
| DISTRICT OF COLUMBIA,<br><br>    *Third-Party Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>    and<br><br>UNITY HEALTHCARE, INC.,<br><br>    *Third-Party Defendants*. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Plaintiff, Dominique Watson, by and through her undersigned counsel, hereby respectfully asks this Court for an extension of three months, up to and including September 10, 2025, to complete fact discovery. In support of this request, Plaintiff states as follows:

1. The parties have been working diligently and amicably to complete discovery.

2. The parties have exchanged multiple written discovery requests.

3. The parties are also engaging in oral depositions this month. On April 22, 2025, Plaintiff provided availability for her deposition and expects Defendant District of Columbia to

1

notice the deposition for May 19, 2025. The parties are determining availability for subsequent depositions, including depositions of the Decedent Giovanni Love's medical providers.

4. Plaintiff's deposition testimony is likely to influence subsequent written and oral discovery.

5. Plaintiff's counsel had complex summary judgment briefs due in four other cases on February 21, 2025, March 28, 2025, and April 24, 2025. *Wiley v. Wexford et al.*, Case No. 3:21-cv-00599-DWD (SDIL); *Reed v. Wexford et al.*, Case No. 3:20-cv-01139-SPM (SDIL); *Boyer, Gregory v. Advanced Correctional Healthcare, Inc. et al.*, Case No. 3:20-cv-01123-jdp; *Sherrill v. Wexford et al.*, Case No. 3:21-cv-01120-JPG (SDIL).

6. Plaintiff's counsel has an upcoming trial on June 9, 2025. *Hunter v. Illinois Department of Corrections et al.,* Case No. Case 3:21-cv-00271-NJR (SDIL).

7. Plaintiff's counsel is preparing for that trial now, as well as conducting depositions requiring travel in other cases, and will have difficulty scheduling, preparing, and conducting the depositions needed to prove Plaintiff's claims by the fact discovery deadline of June 10, 2025.

8. Plaintiff's counsel also has another trial scheduled for August 11, 2025, in the Southern District of Illinois. *Wiley v. Wexford et al.* Case No. 3:21-cv-00599-DWD (SDIL).

9. Plaintiff respectfully requests a three-month extension to complete fact discovery in light of these scheduling conflicts in other cases.

10. The parties are working amicably to resolve scheduling conflicts and identity deponents to avoid cumulative oral testimony.

11. Some written discovery may be needed after depositions.

12. For the above reasons, Plaintiff's counsel reached out to counsel for all the Defendants asking if Defendants would oppose an extension for fact discovery.

13. The Defendants do not oppose the motion.

WHEREFORE, having shown good cause, Plaintiff respectfully requests an extension of fact discovery, to September 10, 2025.

Dated: May 8, 2025.                           Respectfully submitted,

                                              /s/ Maria Makar

                                              Maria Makar
                                              LOEVY & LOEVY
                                              311 N. Aberdeen Street, 3rd Floor
                                              Chicago, IL 60607
                                              312-243-5900
                                              Makar@Loevy.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINIQUE WATSON, on behalf of herself and as putative personal representative of the Estate of Giovanni Love,<br><br>    *Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    *Defendants.* | Civil Action No. 23-1670 (BAH)<br><br>Judge Beryl A. Howell |
| DISTRICT OF COLUMBIA,<br><br>    *Third-Party Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA<br>    and<br>UNITY HEALTHCARE, INC.,<br><br>    *Third-Party Defendants.* | |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time to Complete Discovery, and the entire record herein, it is

HEREBY ORDERED that the motion is GRANTED; and it is further

ORDERED that the Parties shall have until September 10, 2025, to complete fact discovery.

SO ORDERED this _____ day of _____, 2025.

_____
BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Heather Graham-Oliver
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2520
Fax: (202) 252-2599
Email: heather.graham-oliver@usdoj.gov

Christopher Richard Pantel
Kristin Willsey
OFFICE OF THE ATTORNEY GENERAL
400 Sixth Street, N.W.
Washington, DC 20001
202-727-3400
Email: christopher.pantel@dc.gov
kristin.willsey@dc.gov