## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINIQUE WATSON, on behalf of herself and as putative personal representative of the Estate of Giovanni Love, | Civil Action No. 23-1670 (BAH) |
| *Plaintiff,* | Judge Beryl A. Howell |
| v. | |
| DISTRICT OF COLUMBIA, *et al.*, | |
| *Defendants.* | |

| | |
|---|---|
| DISTRICT OF COLUMBIA, | |
| *Third-Party Plaintiff,* | |
| v. | |
| UNITED STATES OF AMERICA | |
| and | |
| UNITY HEALTHCARE, INC., | |
| *Third-Party Defendants.* | |

## <u>JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY</u>

1.     Plaintiff filed this lawsuit on June 8, 2023, alleging denial of mental health care for Decedent Giovanni Love following his death while in the custody of the District of Columbia Jail. ECF No.1.

2.     On September 7, 2023, Plaintiff filed a motion for leave to serve limited discovery, as the served Defendants had sought extensions and had not yet answered, and Plaintiff was attempting to locate and serve the remaining individual defendant Officer Akaie. ECF No. 19.

3.      The Court denied Plaintiff's motion on September 18, 2023, based on Defendants' representation that no one named 'Akaie' worked at the Jail.

4.      The Parties filed their meet and confer statement on August 2, 2024. ECF No. 56.

5.      Defendants District of Columbia (the District) and the United States answered the complaint on August 13, 2024. ECF No. 61; ECF No. 62.

6.      On May 8, 2025, Plaintiff's counsel filed an unopposed motion for extension of time to complete discovery, which the Court granted. ECF No. 81.

7.      The Court's order extended discovery as follows:

1. By September 10, 2025, fact discovery shall close;

2. By October 10, 2025, plaintiff shall file her Fed. R. Civ. P. 26(a)(2) expert disclosures, and by November 28, 2025, defendants shall file its Fed. R. Civ. P. 26(a)(2) expert disclosures, and by December 12, 2025, the parties shall file any replies to expert disclosures;

3. By January 5, 2026, discovery shall close;

4. By January 5, 2026, the parties shall submit a joint status report advising the Court whether (a) the parties request referral for mediation or settlement, (b) the parties request a date for a pretrial conference, or (c) dispositive motions are anticipated.

8.      The Parties continue to make progress with discovery amicably and cooperatively.

9.      On May 8, 2025, Kristin Willsey substituted Amanda Torres as counsel for the District. ECF No. 80.

10.     On July 31, 2025, Zachary Krizel substituted for Heather Graham-Oliver as counsel for the United States.

11.     Defendants have served written discovery requests and Plaintiff responded and produced documents.

12.     Plaintiff has served multiple written discovery requests to Defendants and they have responded and produced documents.

13.     Defendant, the District has requested and received extensions to respond to Plaintiff's most recent discovery requests. Those responses remain outstanding.

14.     The Parties are in the process of scheduling 30(b)(6) depositions for the Defendants as well as third-party depositions of Mr. Love's treaters and D.C. Jail staff.

15.     The Parties seek additional time to complete discovery, including negotiating 30(b)(6) topics, scheduling and conducting 30(b)(6) and third-party depositions, and completing written discovery.

16.     Plaintiff's counsel has multiple depositions and some travel in August 2025, and has a trial scheduled in another matter starting September 29, 2025. *Boyer v. Advanced Correctional Healthcare*, 3:20-cv-01123-JDP (W.D.W.I.).

17.     Counsel for the District is not available in August due to travel schedules and previously scheduled depositions.

18.     In light of the above, including scheduling conflicts, attorney substitutions, and the complexity of Plaintiff's claims, the Parties respectfully request an additional four months to complete discovery, up to January 10, 2025, and an equal extension of the subsequent deadlines:

> 1. By **January 10, 2026**, fact discovery shall close;
>
> 2. By **February 10, 2026**, plaintiff shall file her Fed. R. Civ. P. 26(a)(2) expert disclosures, and by **March 28, 2026**, defendants shall file its Fed. R. Civ. P. 26(a)(2) expert disclosures, and by **April 12, 2026**, the parties shall file any replies to expert disclosures;
>
> 3. By **May 5, 2026**, discovery shall close;
>
> 4. By **May 5, 2026**, the parties shall submit a joint status report advising the Court whether (a) the parties request referral for mediation or settlement, (b) the parties request a date for a pretrial conference, or (c) dispositive motions are anticipated.

WHEREFORE, having shown good cause, the Parties respectfully request a four-month extension of the discovery deadlines.

/s/ *Maria Makar*
Maria Makar

Maria Makar
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
tel: (312) 243-5900
makar@loevy.com

*Plaintiff's Attorney*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Charles J. Coughlin*
CHARLES J. COUGHLIN [1016993]
Chief, Section IV

/s/ *Christopher Pantel*
CHRISTOPHER PANTEL [483073]
KRISTIN M. WILLSEY [90026203]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C.  20001
202-746-7693
202-251-4032
christopher.pantel@dc.gov
kristin.willsey@dc.gov

*Counsel for the District of Columbia*

/s/ *Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2518
Zachary.krizel@usdoj.gov

*Attorney for the United States of America*

4