# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINIQUE WATSON, on behalf of herself and as putative personal representative of the Estate of Giovanni Love,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants.* | Civil Action No. 23-1670 (BAH)<br><br>Judge Beryl A. Howell |
| DISTRICT OF COLUMBIA,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>and<br><br>UNITY HEALTHCARE, INC.,<br><br>*Third-Party Defendants.* | |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Joint Motion for Extension of Time to Complete Discovery, and the entire record herein, it is

HEREBY ORDERED that the motion is GRANTED; and it is further

ORDERED that the Parties shall have until the below listed dates to complete fact discovery.

- **January 10, 2026**, Close of Fact Discovery
- **February 10, 2026**, Plaintiff's Expert Disclosures
- **March 28, 2026**, Defendants Expert Disclosures
- **April 12, 2026**, Parties File Responses to Expert Disclosures
- **May 5, 2026**, Close of Discovery
- **May 5, 2026**, Joint Status Report

SO ORDERED this _____ day of _____, 2025.

_____
BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.