UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOMINIQUE WATSON on behalf of
herself and as putative personal
representative of the Estate of Giovanni
Love,

       *Plaintiff*,

       v.

THE DISTRICT OF COLUMBIA, *et al.*,

       *Defendants*

Civil Action No. 23-1670 (BAH)

DISTRICT OF COLUMBIA,

       *Third-Party Plaintiff*,

       v.

UNITED STATES OF AMERICA

       *Third-Party Defendant*

DOMINIQUE WATSON on behalf of
herself and as personal representative of the
Estate of Giovanni Love,

       *Plaintiff*,

       v.

UNITY HEALTH CARE INC., *et al.*,

       *Defendants*

Civil Action No. 24-2281 (BAH)
(Consolidated)

## <u>DEFENDANT'S MOTION FOR EXTENSION OF TIME</u>

By and through undersigned counsel, Defendant the United States ("Defendant") respectfully moves to extend the deadline to file its Answer to the Amended Consolidated Complaint (ECF No. 95) by two days, from May 19, 2026 up to and including to May 21, 2026. In accordance with Local Civil Rule 7(m) Defendant conferred with Plaintiff regarding this requested extension and Plaintiff does not oppose. There is good cause for the Court to grant the requested relief here.  In support, Defendant states as follows:

1. This is Defendant's fifth request for an enlargement of time across these consolidated actions.

2. The extension is requested in good faith and not for the purpose of delay.  *See generally* Fed. R. Civ. P. 6(b)(1) ("A schedule may be modified only for good cause and with the judge's consent.").

3. Undersigned counsel is aware of this Court's four-day requirement for the filing of extension motions and apologizes to the Court for filing this request after the four-day requirement. Undersigned counsel understands the importance of these requirements and will ensure compliance moving forward.

4. Plaintiff filed an Amended Consolidated Complaint in this matter on April 21, 2026 (ECF No. 95), and Defendant sought a fourteen-day extension (ECF No. 96), which the Court granted. Defendant's current deadline to file its response is May 19, 2026.

5. Undersigned counsel is diligently working with agency counsel and Unity to file their answer to the Amended Consolidated Complaint. Undersigned counsel anticipated filing the answer by the current May 19, 2026 deadline. However, because Defendant must

coordinate with multiple stakeholders to ensure an adequate answer is submitted, undersigned counsel requests this brief extension to facility department mandated review.

6. Additionally, undersigned counsel has numerous competing deadlines which limited counsel's ability to file a response to the Amended Consolidated Complaint including researching and preparing a Reply Memorandum in another case.

7. Furthermore, no party will be prejudiced by the proposed extension, given Plaintiff's lack of opposition, and no additional deadlines will be impacted.

WHEREFORE, Defendant respectfully requests that the deadline to respond to the Amended Consolidated Complaint be extended through and including May 21, 2026. A proposed order is enclosed herewith.

Dated: May 19, 2026
         Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Zachary J. Krizel* _____
       ZACHARY J. KRIZEL
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2518
       Zachary.Krizel@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINIQUE WATSON on behalf of herself and as putative personal representative of the Estate of Giovanni Love,<br><br>    *Plaintiff*,<br><br>    v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br>    *Defendants* | Civil Action No. 23-1670 (BAH) |
| DISTRICT OF COLUMBIA,<br><br>    *Third-Party Plaintiff*,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>    *Third-Party Defendant* | |
| DOMINIQUE WATSON on behalf of herself and as personal representative of the Estate of Giovanni Love,<br><br>    *Plaintiff*,<br><br>    v.<br><br>UNITY HEALTH CARE INC., *et al.*,<br><br>    *Defendants* | Civil Action No. 24-2281 (BAH)<br>(Consolidated) |

- 2 -

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion for Extension of Time, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED. It is further ORDERED that Defendant's have until May 21, 2026 to respond to the Amended Consolidated Complaint in this action.

SIGNED:

_____

Date

_____

BERYL A. HOWELL
United States District Judge

- 2 -