# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DOMINIQUE WATSON, on behalf of herself and as personal representative of the Estate of Giovanni Love,<br><br>*Plaintiff,*<br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>*Defendants.* | ) | **Case No.: 1:23-CV-01670-BAH**<br><br>**JURY TRIAL DEMANDED** |

---

| | | |
|---|---|---|
| DISTRICT OF COLUMBIA,<br><br>*Third-Party Plaintiff,*<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Third-Party Defendant.* | ) | |

---

| | | |
|---|---|---|
| DOMINIQUE WATSON, on behalf of herself and as personal representative of the Estate of Giovanni Love,<br><br>*Plaintiff,*<br>v.<br><br>UNITY HEALTH CARE INC., *et al.*,<br><br>*Defendants.* | ) | **Case No.: 1: 24-CV-02281-BAH**<br><br>**(Consolidated with Case No. 23-cv-01670-BAH)** |

# PROPOSED ORDER

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion is hereby **GRANTED**. Plaintiff is ordered to file her Second Amended Consolidated Complaint.
2. The Court finds that the claims against Defendant Sunday Samuel Akanbi in Plaintiff's Second Amended Consolidated Complaint relate back to Plaintiff's Original Complaint pursuant to Rule 15(c).

Date: ________________ ____________________________________

HONORABLE BERYL A. HOWELL
U.S. DISTRICT COURT JUDGE