# EXHIBIT D

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

**In The United States District Court for the District of Columbia**

**Dominique Watson, on behalf of herself and as putative personal representative of the Estate of Giovanni Love**

Plaintiff(s),

vs.

**District of Columbia, et al.**

Defendant(s).

**Case Number: 1:23-cv-01670-BAH**

Attorney: Merrick Wayne

Loevy & Loevy
311 North Aberdeen St., 3rd Fl.
Chicago IL 60607

*298889*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Officer Akaie on 06/20/2023 at 5:27 PM at District of Columbia Jail, 1901 D Street SE, Washington, DC 20003**

The undersigned, swear and affirm that on **June 22, 2023** at **1:38 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Officer Akaie** the **Summons in a Civil Action; Complaint; Standing Order for Civil Cases** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 06/22/2023-1:38 PM | District of Columbia Jail, 1901 D Street SE Washington, DC 20003 | Upon my arrival, I went into the "D" building and asked the female employee behind the desk to see Officer Akaie. She got on the phone with the Sergeant who said he did not know any officers with the name Akaie. I was then told to go to the CFT building. I proceeded to the CFT building and spoke with another employee who stated that there was no Officer Akaie at this location. - Attempted by Mackenzie Smith |

**Mackenzie Smith**
Process Server

Internal Job ID:298889

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**