# EXHIBIT G

Confidential Subject to Protective Order

# INTERNAL ADMINISTRATIVE REPORT

## Inmate Death (Inmate Giovanni Love #373966)
## Central Detention Facility

DOC
THE DEPARTMENT
OF CORRECTIONS

Prepared By:

**DC Department of Corrections**
**Office of Investigative Services**

**Thomas Faust, Director**

**October 2022**

**CONFIDENTIAL**

**OIS CASE NO: 2022-0389**

Confidential Subject to Protective Order DC_2023-cv-01670-00001162

EXHIBIT
1

# DEPARTMENT OF CORRECTIONS
# OFFICE OF INVESTIGATIVE SERVICES

**Final Report**
**OIS-2022-0389**
**CONFIDENTIAL**

---

## 1. PURPOSE OF INVESTIGATION

At the request of the Director of the D.C. Department of Corrections (DOC), Thomas Faust, the Office of Investigative Services (OIS) initiated an Administrative Investigation to identify the facts and circumstances related to the death of Inmate Giovanni Love (DCDC#373966), while in the custody of the D.C. Department of Corrections on Thursday, June 9, 2022, and the actions of D.C. Department of Corrections (DOC) staff in relation to his death.

## 2. CASE INVESTIGATORS

Chief of the OIS, Kevin Hammond, was the Supervising Official. Investigator Charles White assumed the role of Lead Investigator. The OIS is located at 300 Indiana Avenue, N.W. Washington, DC, 20001. The office telephone number is (202) 727-2700. The e-mail address is, doc.oia@dc.gov

## 3. STANDARDS

**DOC Policy and Procedure 4352.1D....................Inmate Deaths**

**DOC Post Orders..........................................Northeast One Housing Unit**



THIS DOCUMENT IS THE PROPERTY OF THE DEPARTMENT OF CORRECTIONS, INTERNAL AFFAIRS OFFICE, AND ITS CONTENTS ARE NOT TO BE DISTRIBUTED OUTSIDE, THE DEPARTMENT OF CORRECTIONS WITHOUT THE AUTHORIZATION OF THE DIRECTOR.

## 4. BACKGROUND

Inmate Giovanni Love (DC#373966) was a 20-year-old black male of medium build who was remanded to the custody of the DC Department of Corrections on Wednesday, May 25, 2022, charged with Simple Assault, Violation of Protective Order, Destruction of Property over $200.00. He was housed within the Northeast One (NE1) Protective Custody Housing Unit of the Central Detention Facility (CDF) on the date of his demise.

A search of the JACCS Web application revealed that the decedent, Giovanni Love, was previously remanded to the custody of the DC Department of Corrections on the following dates and charge(s):

- March 27, 2022 through May 19, 2022 – *Threats to do Bodily Harm – Misd.*
- May 19, 2021 through July 08, 2021 – *Destruction of Property over $200.00, and Violation of Protection Order.*

According to information provided within the decedent's electronic medical record, Love expressed suicidal ideations on multiple occasions during previous incarcerations which necessitated his being housed in the South Three Mental Health housing unit. During his May 25, 2022, intake process, Giovanni Love revealed having suicidal ideation throughout his comprehensive mental health intake assessment, suicide risk assessment, and mental health screening process. Love spent a considerable amount of time housed in the South Three housing unit. Records check revealed that he was housed in that unit from May 26, 2022, until he was medically cleared to be housed in the Northeast One Protective Custody housing unit on June 3, 2022.



This document is the property of the DOC and its contents are not to be distributed outside this agency, without the authority of the DIRECTOR.

## INCIDENT SUMMARY

On Thursday, June 9, 2022, at approximately 8:00am, Sergeant Earnest Wallace, Corporal Sunday Akanbi, and Corporal Ini Udoh assumed responsibility for the Northeast One (Protective Custody) housing unit on the B-Card (7:30am to 8:00pm). At approximately 3:13pm, Davon Abney (DCDC #361061), having returned to the Northeast One (NE1) Housing Unit from his court appearance, was directed to enter his assigned Cell #56. Once the cell door was opened, Inmate Abney entered and quickly ran out. He informed Corporal Sunday Akanbi that his cellmate, Inmate Giovanni Love (DC#373966), *"Had tied something around his neck."* Corporal Akanbi responded to the cell and observed Love hanging with a white sheet wrapped around his neck with the other end tied to the cell vent. He called a medical emergency on his radio while responding to the control module to retrieve a wonder knife (cutting tool). Akanbi returned to the cell, cut inmate Love down from his hanging position, and laid him on the cell floor. Responding officers and supervisors arrived on the unit and initiated CPR. At approximately 3:20pm, the Unity medical team arrived and continued lifesaving measures. The DC Fire/EMS Medic 10 responded to the scene at approximately 3:41pm, and resumed lifesaving measures on Inmate Love. At approximately 3:53pm, Love's pronouncement of death was made by Medical Director Doctor Eleni O'Donovan.

## 5. INVESTIGATIVE ASSESSMENT

As a part of the investigative process, the OIS conducted the following in-depth internal valuation associated with staff action, adherence to agency policy and procedure, electronic/technological applications, and/or equipment:

- Internal documents (i.e. Incident Notification, Incident Package, Housing Unit Logbook, Chronological log, etc.)
- The Guard1 Pipe Check database
- Electronic Medical Records associated with the decedent
- Available Correctional Surveillance Center (CSC) video captures
- Body Worn Camera (BWC) capture(s)

The pertinent points of consideration associated with the aforementioned assessments are as follows:

### Internal Documents Assessment

- A general assessment of the internal documents submitted did not reveal any demarcations from agency policy. The timelines presented indicated an immediate response to the medical emergency associated with the decedent. Lifesaving steps (CPR, deployment of an AED, and notifying 911) were initiated within the expected timeframes following the initial awareness of the medical emergency.

- According to the NE1 Housing Unit log book, prior to the discovery of the decedent, a housing unit count had been conducted at 2:52pm. The log book indicated that the *"fire and security check"* had been completed every thirty minutes with the exception of the period from 11:00am to12:00pm *(See Attached SO2 Logbook images)*. Apart from this documentation error, the assigned staff were in alignment with the agency Housing Unit Post Orders *(See Attached)* that require irregular safety and security checks to be conducted every thirty (30) minutes.

- The DCDC-1(s) submitted by assigned officers appeared to be thorough, accurately describing events that led up to, and proceeded the medical emergency. The officers indicated that inmate Love did not indicate or show signs of his intention to commit self-harm.

**<u>Guard 1 Pipe Check Database Assessment</u>**

- An assessment of the Guard 1 system's data capture prior to the NE1 medical emergency revealed that security checks were conducted as outlined within the Housing Unit Post Orders, which mandate security rounds to be conducted every thirty (30) minutes within the shift *(See Attached Guard 1 document)*.

**<u>Electronic Medical Records Assessment (Ramone O'Neal DC#337227)</u>**

- According to information provided within the decedent's electronic medical record, during his May 25, 2022, intake process Love expressed suicide ideations, to wit: *due to his many legal problems, he would kill self by hanging*. This mental health assessment initiated his SO3 housing assignment.

- While housed in the SO3 housing unit, Love periodically expressed ideations of self-harm, which continued until his June 8, 2022, Suicide Reassessment with LICSW Bruce Reid. This medical assessment resulted in Love removal from suicide precaution, and his housing assignment changed to NE1. *(Available upon request)*

**<u>Available Correctional Surveillance Center (CSC) video captures</u>**

- Upon review of the CSC cameras, which are affixed in various locations within the NE1 Housing Unit, it was discovered that prior to the medical emergency, staff perform the required security checks as outlined within the Housing Unit Post Orders, which mandate security rounds to be conducted every thirty (30) minutes within the shift.

This document is the property of the DOC and its contents are not to be distributed outside this agency, without the authority of the DIRECTOR.

- The captured video revealed at the onset, and throughout the medical emergency that assigned officers, responding officers, and medical staff appeared to be conducting life saving measures within prescribed DOC policies.

**Body Worn Camera (BWC) captures**

- A review of the list of officers who were provided a BWC, revealed that none of the assigned officers were issued a BWC.

**Special Note:** The Office of the Chief Medical Examiner's (OCME) Autopsy Report regarding the official cause and manner of death was not available as of the date of this report, however it will be incorporated into it once it becomes available.

## 6. FINDINGS

In review of the aforementioned facts and circumstances, the Office of Investigative Services finds that during each of Giovanni Love's (DC#373966) previous incarcerations within the DC DOC, he expressed suicidal ideations which initiated the appropriate response from the uniform staff, and the Unity Medical team.

During his May 25, 2022, incarceration Inmate Love expressed suicidal ideations, which initiated the appropriate response from uniform staff and the Unity Medical staff, to include the appropriate housing assignment.

During the Friday, June 13, 2022, medical emergency, which concluded in the pronouncement of Inmate Giovanni Love's death, the DC DOC Officers along with the Unity Medical staff appeared to follow agency policy prior to, and subsequent to the medical emergency associated with the decedent. Being unaware of his intent to commit self-harm, the uniformed staff conducted the required security rounds every thirty (30) minutes as required per agency policy within their shift. In addition, captured recorded video revealed that the officers along with the Unity Medical team appeared to perform timely, and appropriate life saving measures (i.e. CPR, AED, etc.)

This document is the property of the DOC and its contents are not to be distributed outside this agency, without the authority of the DIRECTOR.

**ATTACHMENTS**

1. Incident Reports (DCDC-1/ DCDC-2)
2. DOC Policy and Procedure(s) & NE1 Post Orders
3. NE1 Logbook images
4. Guard 1 data capture (NE1)
5. Memorandum (Security Checks & Pipe Rounds)
6. MPD Death Report (CCN# 22082111)
7. Autopsy Request/Autopsy Report (*Pending)
8. JACCS Web (Inmate Giovanni Love)
9. Miscellaneous Documents

**Available upon request**

- *Body Worn Camera (BWC) capture*
- *Video Recording(s)*
- *Electronic Medical Record (Giovanni Love)*

This document is the property of the OIA, and its contents are not to be distributed, outside this agency without the approval of the director.