# EXHIBIT H

7/11/22

Hey Queen! I hope you don't mind me calling you that
Alot of us don't know that we come from royalty. Its so much
that I want to tell you I dont even know where to start. But
first don't feel responsible for Giovannis death because it was
definitely not your fault. He really Loved you All but you n
I both know that he was facing alot of demons. From the
moment I met Giovanni I could tell he was in pain emotionally
And I think he was Afraid because he would Ask Alot of question
About his charge which wasn't that bad, I mean no one wants
A domestic violence charge but we All do stupid stuff when were
Young, but All he did in the cell with me was vent about life.
We talked damn near about everything under the sun, he actually
reminds me of my cousin but by the time he committed suicide
we were brothers. I know GOD is taking care of him and that
he sent me in the cell with him to prolong his death he knew
that I wouldn't let him hurt him self, I try'd so hard to talk
him out of it and I actually thought I did we even made
plans to make a big hook-up on my B-day July 4th / But Gio
had other plans. He told me it felt good to hurt him self,
He was telling me about the time he Attempted suicide by hangin
before and that it gave him a high until whatever he was hangin
him self with broke (I think it was A sheet from his bed) I felt so
bad for him he even show'd me the cut marks on his arms
And wrists. This world is so messed up I mean people in this
society we live in we don't take suicides serious enough. This
Jail, the inmates, the officers and the nurses we All failed him
they could've saved his life or even prevented his death if

Scanned with CamScanner

They'd just put him on suicide watch around the clock. They should have never had him on a unit with other mental cases. Im not a doctor or a nurse but Im pretty sure the procedure they use to resusitate him was all wrong, they for some odd reason assumed that he was over dosed but he clearly had a noose tied around his neck, they shot him with some white needle looking thing about 3 or 4 times while taking turns doing chest compressions it was a sad sight to see him lying on that floor they dragged his body several times and someone heard a loud thump and said "that was his head see these people dont give a fuck about us" It just didnt even seem real like a TV show or some bad movie. You gotta try and get justice for Giovanni because they are liable This jail is responsible for his death and I'm willing to help you what ever it takes, what ever you need me to do you have my dad's # 3013771767 James Norris Sr. and my sis Arriette Pulliam 202 556 5282 I promise to be here for you the whole way through Im a very loyal person and I stick to my word. Giovanni told me he Loved me and I feel he meant it So I wanna do all I can. There is still so much to tell you like how bad this jail is, people are complaining about everything from how were treated as inmates, the food and even the mail it takes a very long time to recieve mail as an inmate and don't get me started on the living conditions Giovanni hated this place and so do I.

P.S. The officer who told Gio to kill himself Name is [illegible]

Love

[signature]

Scanned with CamScanner