# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
--------------------------------:
DOMINIQUE WATSON, on behalf of :
herself and as putative        :
personal representative of the :
Estate of Giovanni Love,       :
                               : Case No.:
        Plaintiff,             : 1:23-CV-01670-BAH
                               :
   vs.                         :
                               :
DISTRICT OF COLUMBIA, et al.,  :
                               :
        Defendants.            :
--------------------------------:
DISTRICT OF COLUMBIA,          :
                               :
        Third-Party Plaintiff, :
                               :
   vs.                         :
                               :
DISTRICT OF COLUMBIA, et al.,  :
                               :
        Third-Party Defendant. :
--------------------------------:
DOMINIQUE WATSON, on behalf of :
herself and as putative        :
personal representative of the :
Estate of Giovanni Love,       : Case No.:
                               : 1:24-CV-02281-BAH
        Plaintiff,             :
                               : (Consolidated
   vs.                         : with Case No.
                               : 23-cv-01670-BAH)
UNITY HEALTH CARE INC., et al.,:
                               :
        Defendants.            :
--------------------------------:
```

REMOTE DEPOSITION OF CHARLES WHITE

DATE: Tuesday, June 16, 2026

TIME: 11:01 a.m.

LOCATION: Remote Proceedings

REPORTED BY: Erick M. Thacker
Reporter, Notary

A P P E A R A N C E S

On behalf of Plaintiff:

ANNALISE WAGNER, ESQUIRE
Loevy & Loevy
311 North Aberdeen
Third Floor
Chicago, Illinois 60607
wagner@loevy.com

On behalf of the District of Columbia:

CHRISTOPHER PANTEL, ESQUIRE
TYLER GERSTEIN, ESQUIRE
D.C. Office of the Attorney General
400 Sixth Street, Northwest
Washington, D.C. 20001
christopher.pantel@dc.gov
tyler.gerstein@dc.gov

A P P E A R A N C E S (Continued)

On behalf of the United States of America:

ZACHARY J. KRIZEL, ESQUIRE
Assistant United States Attorney
601 D Street, Northwest
Washington, D.C. 20530
Zachary.Krizel@usdoj.gov

ALSO PRESENT:

Ashley C. Shannon
Michael O'Key

C O N T E N T S


| EXAMINATION BY: | PAGE |
|---|---|
| Ms. Wagner | 6 |
| Mr. Krizel | 284 |
| Ms. Wagner | 285 |


E X H I B I T S


| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Internal Administrative Report OIC Case No.: 2022-0389 DC_2023-cv-01670-00001162 - 169 | 144 |
| Exhibit 2 | Electronic Medical Record June 2022 DC_2023-cv-01670-00000423 - 430 | 164 |
| Exhibit 3 | MPD Death Report DC_2023-cv-01670-00002520 - 2522 | 196 |
| Exhibit 4 | Scene Photographs DC_2023-cv-01670-00002019 and DC_2023-cv-01670-00002024 | 200 |
| Exhibit 5 | Email correspondence DC_2023-cv-01670-00001029 | 213 |


(*Exhibits attached to transcript.)

MR. PANTEL: Same objection.
Q Let me just ask the question in a clearer way, because I'm not sure that I understand your answer.
The purpose of your report is to document DOC staff policy violations or adherence to policy, right?
A Correct.
Q And earlier you testified that where there's not video CSC or body-worn camera footage verifying two -- which of two conflicting statements is true, it's important to note both statements, right?
A Correct.
Q Okay. And in interviews with officers, you were told that Giovanni Love did not indicate or show signs of his intention to commit self-harm, right?
A Correct.
Q And you included that in your report, right?
A Correct.

Q You also had conversations -- you had a conversation with Davon Abney where he said that Giovanni Love told an officer that he was going to kill himself by hanging the night before he, in fact, killed himself by hanging, right?
A Correct.
Q And Kiana Strickland told you -- also told you that Davon Abney said that to her, right?
A Yes.
Q And Kiana Strickland told you that Julian Gentry told her that Giovanni Love told an officer, I'm going to kill myself, and the officer said, I don't give a fuck, kill yourself.
Is that right?
A Right.
Q And Kareem Green told you that Giovanni Love told an officer he was going to kill himself and the officer ignored him; is that right?
A Correct.
Q Kareem Green told you that the morning that Giovanni Love died he was sitting at the top

of the upper deck and said, I'm going to jump, and that an officer said, Okay, jump.
Is that right?
A Correct.
Q And you did not include any of those statements in your report, right?
A Correct.
Q Why didn't you include any of those statements in your report?
A I don't know.
MS. WAGNER: All right. Let's take a five-minute break, and we can come back at 3:55.
MR. PANTEL: Okay. Off the record.
(Recess 3:51 p.m. to 3:59 p.m.)
BY MS. WAGNER
Q Okay. Mr. White, we just discussed a variety of statements from detainees as well as from Kiana Strickland regarding statements -- statements that those witnesses made to you that -- actually, let me start over.
We just discussed a number of interviews you conducted in which detainees,

recording, you told Abney, we can identify who AK is because he was on shift at the time?

A I may have said that, yes.

Q And the three officers who are on shift at the time were officers Sunday Akanbi, Ini Udoh and Earnest Wallace, right?

A Yes.

Q So who did you understand Officer AK to be in your conversation with Davon Abney?

A Oh, I don't know at this time. I don't -- I don't know.

Q Okay. So let's just break it down, then. The three -- you just said the three officers were Earnest Wallace, Ini Udoh and Sunday Akanbi, right?

A Right.

Q Akanbi is spelled A-K-A-N-B-I, right?

A Yes.

Q Okay. And Davon Abney told you about an Officer AK who told Giovanni Love to kill himself, right?

A Yes.

Q And you told him, we can identify who AK is because he was on the shift, right?
A Correct.
Q So who would you understand Officer AK to be?
A Akanbi.
Q Did you bring Akanbi's misconduct to anyone's attention after your conversation with Davon Abney?
MR. PANTEL: Objection as to form of the question. Assumes facts.
A You said his misconduct?
Q Uh-huh.
A There was never any misconduct noted.
Q Did you bring the allegations of Officer Akanbi's misconduct to anyone's attention at any point?
A No, because there was never any allegation verified.
Q But there were allegations, right?
A Oh, yes, there were -- there were allegations, yes.