**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DOMINIQUE WATSON, on behalf of herself and as personal representative of the Estate of Giovanni Love,

*Plaintiff,*

v.

DISTRICT OF COLUMBIA, *et al.*

*Defendants.*

**Case No.: 1:23-CV-01670-BAH**

**JURY TRIAL DEMANDED**

---

DISTRICT OF COLUMBIA,

*Third-Party Plaintiff,*

v.

UNITED STATES OF AMERICA,

*Third-Party Defendant.*

---

DOMINIQUE WATSON, on behalf of herself and as personal representative of the Estate of Giovanni Love,

*Plaintiff,*

v.

UNITY HEALTH CARE INC., *et al.*,

*Defendants.*

**Case No.: 1: 24-CV-02281-BAH**

**(Consolidated with Case No. 23-cv-01670-BAH)**

**EXHIBIT LIST**

| | |
|---|---|
| Exhibit A | Plaintiff's Second Amended Consolidated Complaint (clean version) |
| Exhibit B | Plaintiff's Second Amended Consolidated Complaint (red-lined version) |
| Exhibit C | Proposed Order |
| Exhibit D | Investigative Due Diligence Affidavit (June 22, 2023) |
| Exhibit E | Declaration of Arthur Harris (April 27, 2026) |
| Exhibit F | District of Columbia's Objections and Responses to Plaintiff's Third Set of Requests for Production (June 1, 2026) |
| Exhibit G | Ex. 1 to Deposition of Charle White, DOC Office of Investigative Services Report |
| Exhibit H | Letter from cellmate James Norris to Dominique Watson (July 11, 2022) |
| Exhibit I | [redacted] |
| Exhibit J | [redacted] |
| Exhibit K | Charles White Deposition Excerpts (June 16, 2026) |
| Exhibit L | District of Columbia's Second Supplemental Response to Plaintiff's Second Request for Production (June 11, 2026) |
| Exhibit M | [redacted] |
| Exhibit N | E-Mail from Christopher Pantel (July 29, 2026) |

Respectfully submitted,

*/s/ Annalise Wagner*

Attorneys for Plaintiff

Maggie Filler
Annalise Wagner
Justin Hill
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, Illinois 60607
Tel: (312) 243-5900