# EXHIBIT E

# DECLARATION OF ARTHUR HARRIS

I, Arthur Harris, declare as follows:

1. My name is Arthur Harris.
2. I am over 18 years old and competent to make this declaration.
3. I met Giovanni Love while we were both detained in the Central Detention Facility.
4. I was housed in the same unit as Giovanni Love, NE1, just before Giovanni Love died.
5. My cell was close enough to Giovanni Love's cell that we could have a conversation.
6. On the day that Giovanni Love died, I heard him ask correctional officers for help regarding his mental health.
7. I heard Giovanni Love tell correctional officers that he was suicidal and that he wanted to see a doctor. The correctional officers told Giovanni to "lay back" and refused to help him.
8. I heard one correctional officer, who inmates referred to as "AK", tell Giovanni "fuck you" and to kill himself after he asked for help. I believe AK's last name is Akanbi.
9. Giovanni did not leave his cell that day when everyone else did.
10. That afternoon, it was discovered that Giovanni had hung himself in his cell.
11. Giovanni's body was left on the ground in front of his cell for a long time after he died.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[signature] 4 27 26

Arthur Harris Date