# EXHIBIT I

Watson v. District of Columbia et al

Case No. 1:23-cv-1670

Kiana Strickland - June 9, 2022

CHARLES WHITE: Okay, today's date is June 9, 2022. The time is 7:13 p.m. My name is Charles White with the D.C. Department of Corrections Office of Investigative Services. In attendance we have?

KEVIN HAMMOND: Mr. Hammond.

CHARLES WHITE: And your name?

LT. KIANA STRICKLAND: Lieutenant Kiana Strickland.

CHARLES WHITE: Okay. Lieutenant Strickland, we are calling you down here to the infirmary site conference room at the CDF regarding a -- well, the demise of Inmate Giovanni Love, D.C. Number 373966, which occurred today. Would you -- which is -- again, which occurred today. Would you go ahead and describe exactly -- what your rank is and -- again, and your role as far as what information you can provide regarding his -- the knowledge of his death?

LT. KIANA STRICKLAND: Okay. So I am a lieutenant. Right now I am on light duty because [redacted] usually provide, like, administrative support for the zone lieutenant. My usual zone is the first

floor, max inmates.

CHARLES WHITE: Did you say you are a lieutenant?

LT. KIANA STRICKLAND: Yes. It is not official yet. So, I'm still a lieutenant.

CHARLES WHITE: Okay. Okay. Okay. Okay.

LT. KIANA STRICKLAND: I was actually on the second floor in Southwest Two where Southwest Two is -- standing by for TRU because we had another situation going on, like a small riot situation developing, right?

CHARLES WHITE: Mm-hmm.

LT. KIANA STRICKLAND: So while we are standing out there with the other lieutenants and everything, I hear the code, the medical emergency call to Northeast One, but I did not run right away because we were dealing with this. And so then -- I hear a medical emergency, Northeast One, I hear command center acknowledge it immediately. I hear the infirmary acknowledge it immediately.

CHARLES WHITE: Mm-hmm.

LT. KIANA STRICKLAND: Maybe 30 seconds later, I hear medical emergency again and they

acknowledge it. Then it was an all available. So I -- I looked at -- Captain Kyle. I was like, you want me? He is like, go ahead and go.

So I started -- walking down there and then I heard them call it all available again. So now I am kind of running down there. When I get to the sally port of Northeast One, there is an inmate there. So I am looking at him like, is he the medical emergency?

CHARLES WHITE: Mm-hmm.

LT. KIANA STRICKLAND: And he states that -- he said, "My celly was in there hanging. I just came back from court, and he was in there hanging." And I said, okay. So I just -- I said, just sit still. I go into the unit, which is on the left side. And I honestly cannot -- what cell was that? I cannot remember what cell he was in. (Indiscernible) right there. Two -- the second from the end, I think.

CHARLES WHITE: 56.

LT. KIANA STRICKLAND: 56, okay. So as I'm coming up there, there are already officers up there. And I see Corporal George running down the tier. And I start running up the tier because she's saying, "Call 911, call 911." So I

run up the tier past her. And I get to the cell and I look inside. And I have to be honest; I did not look at the officer's face because I saw the inmate on the floor.

CHARLES WHITE: Mm-hmm.

LT. KIANA STRICKLAND: And they are attempting to try to do CPR, but there is no room because he is on the floor in between the desk and the bed. You know, it is like this.

CHARLES WHITE: Right.

LT. KIANA STRICKLAND: So he is literally standing up trying to do CPR. And I am like, what are you doing? So I grab his feet --

KEVIN HAMMOND: Right.

LT. KIANA STRICKLAND: -- and I pull him out onto the tier --

KEVIN HAMMOND: Right. Right.

LT. KIANA STRICKLAND: -- so he had more room to work with him. And I get to my knees and I immediately start CPR. Compressions, compressions, compressions. And I think I got through maybe two cycles. And an officer behind me, I do not know who it was, tapped me out. And he got down. I know it was a male. Got down and started doing the CPR. And I think another

officer did it. And then I did it again. That is when maybe my -- I want to say maybe my 12th compression felt a click. And I just kind of -- the tears just started coming. And the whole time I am doing the CPR, I am calling his name. I am like -- screaming. I am like, "Giovanni, Giovanni, Giovanni." And they rolled -- every time we switch officers, we are rolling him on the side. And the first time we rolled him over, he vomited, right? And we rolled him back over and doing the compressions again. Rolled him back over, did compressions again. And this went on until I got back on the second time. And then like I said, like maybe halfway through my compressions, I felt the click.

And as I started doing it, somebody tapped me out because I was crying while I was doing it. And I just -- I just was so upset. I was crying. I walked down to the tier, and I sat in the TV room. And I just -- I do not really know what happened after that because they escorted me out.

KEVIN HAMMOND: If you would, before we were on recording, you mentioned the fact that you had spoken to Giovanni Love before.

LT. KIANA STRICKLAND: Yes, yes.
KEVIN HAMMOND: When was the last time you spoke to him?
LT. KIANA STRICKLAND: When he came back to pick up his property.
CHARLES WHITE: And when was that? What was that?
LT. KIANA STRICKLAND: I really could not give you a date. I could give you an approximate -- maybe a couple of weeks. Because like I said, I did not even know that he had gotten locked up again or that he was back in the facility until I saw him on the floor. So that kind of threw me too.
CHARLES WHITE: So when you saw him, the last time you saw him, he was preparing to be released?
LT. KIANA STRICKLAND: No, he was at staff entrance waiting for his inmate property.
CHARLES WHITE: Oh, he had already been released?
LT. KIANA STRICKLAND: He was out.
CHARLES WHITE: Okay, okay.
LT. KIANA STRICKLAND: He was happy. He was in good spirits. He was like, "I'm out,

Ms. Strickland, and I am going to see my kids." I mean, he was really in good spirits. And I really did not expect to see him back, especially not within two weeks. Because I know it was not more than a couple of weeks that I saw him. Two to three weeks at the most.

CHARLES WHITE: In that timeframe, had he ever expressed to you any desire to take his own life?

LT. KIANA STRICKLAND: Yes, yes, he has. And whenever -- actually my first interaction ever with Giovanni was, I came back to Corrections in April of last year. And I want to say maybe by May. He was one of my first interactions. You know, one of the -- I think one of my first Northeast One interactions. Because he wanted to check in. I think they were trying to put him in Northwest Two or Southwest Two. And you know, he is kind of a little guy. Right? And he was young. I could tell when he was young. Even though he had all that facial hair and stuff.

And he had this kind of quirk with him where I could tell when he was really afraid. Because his underarms would just take over the

whole room out of nowhere. Right? So when I first -- my first interaction with him --

CHARLES WHITE: Are you talking about odor?

LT. KIANA STRICKLAND: Odor.

CHARLES WHITE: Okay.

LT. KIANA STRICKLAND: Odor. And my first interaction with him is I went into the unit. And the officers -- well, I saw him. Right? Walked past him. Talked to the officers. And they were saying, that's the guy that wants to check in. Right?

So I was standing there talking to him. Mind you, there is nobody over there, no nothing. Nothing is going on. And he was like, yeah, I just need another unit. I don't like this unit. You know, a little bit of bravado. No man wants to admit he is afraid. I am used to that. But some other inmates had come into the unit in the sally port. Right? And when they walked past us, his -- I mean, the body odor. I thought it was them.

CHARLES WHITE: Mm-hmm.

LT. KIANA STRICKLAND: It was just out of the blue.

CHARLES WHITE: Right.

LT. KIANA STRICKLAND: It was like, whoomph.

CHARLES WHITE: Right. Right.

LT. KIANA STRICKLAND: But they had gone.

CHARLES WHITE: Right.

LT. KIANA STRICKLAND: Right? And as I am standing there talking to him, it just kept getting stronger and stronger. And I noticed he started sweating. And I said, oh, it's you. So I just took him out the unit.

CHARLES WHITE: Mm-hmm.

LT. KIANA STRICKLAND: And I took him down, I think, to the command center cage. And I started talking to him there. And the underarm odor went away.

CHARLES WHITE: Mmm.

LT. KIANA STRICKLAND: I said, okay, so that is how I know. He does not even have to tell me he is afraid. His body going to tell me he is afraid.

KEVIN HAMMOND: Yes. Yes.

LT. KIANA STRICKLAND: Right? And so any interaction, I had to check him in maybe a

couple of times after that. And every time, his underarms were crazy. And then when I got into a place that was more neutral and calm, it went away.

CHARLES WHITE: When you use the word "check him in," what --

LT. KIANA STRICKLAND: That means put him on protective custody.

CHARLES WHITE: Okay.

LT. KIANA STRICKLAND: He was requesting protective custody. I also had a lot of interaction with him. He had -- he disclosed to me on more than one occasion that he had mental health issues. I made sure that he got up to Mental Health on more than one occasion. I made sure he got to the safe cell when he needed.

I was usually the lieutenant. He requested to come up there. But sometimes the officers would ask me to come up there and calm him down. Because we had developed kind of a -- sorry. He -- I had kind of a rapport with him so I could kind of calm him down a little bit and get him to kind of comply. Sometimes the nurses didn't want to give him his medicine and things because he would cuss them out and be combative.

And they did not want to get assaulted. So I would go up there and kind of facilitate that for them.

So we had kind of a rapport. You know what I am saying? Where I could kind of get him to comply with stuff without having to use force. And I have never had to spray him or any of that. Even though he has had to be sprayed before. But I never had to do it.

CHARLES WHITE: Right. Right. Okay. I want to go back to the day. You said that you were the zone for that floor. Did I hear you?

LT. KIANA STRICKLAND: The day -- today?

CHARLES WHITE: Today, yes.

LT. KIANA STRICKLAND: I was an admin lieutenant.

CHARLES WHITE: Okay, just define that. What is an admin lieutenant?

LT. KIANA STRICKLAND: So, because I am on light duty, I can't really respond to everything like I am supposed to. Because I am not really supposed to get into an altercation or [redacted].

CHARLES WHITE: Okay.

LT. KIANA STRICKLAND: So, if there is an issue or if there is an incident, I usually do the packages. So I might go in a unit to like collect paperwork.

CHARLES WHITE: Right.

LT. KIANA STRICKLAND: Or I might go in a unit if the inmate needs to move. I will go pick them up or something like that. But I do not really walk the zones anymore right now.

CHARLES WHITE: Okay. Is that on the first floor or what floor?

LT. KIANA STRICKLAND: Any of the floors.

CHARLES WHITE: Okay.

LT. KIANA STRICKLAND: I kind of support the other lieutenants that have the zones. Because they get kind of swamped. So if there is -- if it's small stuff, like an inmate needs to be moved to another unit or they need help with the escort or something small like that, then I will assist.

CHARLES WHITE: Do you happen to know who the zone for the first floor is?

LT. KIANA STRICKLAND: For the first

floor?

CHARLES WHITE: Today.

LT. KIANA STRICKLAND: For the first floor today. I know Harry has the second floor.

CHARLES WHITE: Harry had Northeast.

LT. KIANA STRICKLAND: And I think Lancaster has the third floor. What was the other lieutenant here? I don't know.

CHARLES WHITE: Okay.

LT. KIANA STRICKLAND: Because I know Haney has North One.

LT. KIANA STRICKLAND: Moore. Lieutenant Moore.

KEVIN HAMMOND: That's right.

LT. KIANA STRICKLAND: I almost forgot about Lieutenant Moore. Lieutenant Moore has the first floor. So like with Southwest Two, I was the one that was basically facilitating stuff with Jonathan Winston, getting him going to 73.

KEVIN HAMMOND: Right.

LT. KIANA STRICKLAND: I have a rapport with him also. And so I was just like trying to get him to go in there without any use of force or all of that. So, yeah.

KEVIN HAMMOND: I do have a quick

question. I mean, I don't want to break your train of thought. You said that Love --

LT. KIANA STRICKLAND: Yes.

KEVIN HAMMOND: -- had indicated sometime in the past about, you know --

LT. KIANA STRICKLAND: Suicide.

KEVIN HAMMOND: -- suicide. Can you tell me, like, what are you -- because I am just getting on here.

LT. KIANA STRICKLAND: So, he was --

KEVIN HAMMOND: When was that? How long -- about how long ago was that?

LT. KIANA STRICKLAND: It was more -- several times throughout the year.

KEVIN HAMMOND: Which, I mean --

LT. KIANA STRICKLAND: He spent a lot of time in South Three. He spent the majority. He basically lived in -- back there behind the infirmary.

KEVIN HAMMOND: Safe cell?

LT. KIANA STRICKLAND: Right here in his safe cell. So he was not -- I think -- I would really have to check the inmate history. But I think Southwest Two was one of the units that he actually stayed on the longest. But if

he wasn't on there, he would maybe be on a unit for a week or two. He would be in South Three. Or he would be in a safe cell.

KEVIN HAMMOND: So, do you remember, like, how long was that last year? Was that this year?

LT. KIANA STRICKLAND: Throughout this year.

KEVIN HAMMOND: This year?

LT. KIANA STRICKLAND: On multiple occasions.

KEVIN HAMMOND: Okay.

LT. KIANA STRICKLAND: That's what I was saying. He was constantly back and forth between the infirmary safe cell and whatever unit. And then he would go from there to South Three, to the safe cell, to the unit. So, he was never consistently just in a block. He was always bouncing around back and forth. And he was an inmate that would say, like, if you were a lieutenant and you walked past, he would say, "I am going to kill myself."

KEVIN HAMMOND: Okay. Okay.

LT. KIANA STRICKLAND: Because of the interaction I had, I would be the one to be like,

"Open this door and let me take him up here." Right? Because I am not going -- I am not willing to bank on whether you are B.S.-ing today or not. Like, I am not going to do it. I am going to take you up there. Or if I cannot take you, I am going to make sure somebody takes you. So, and oftentimes, because I am not the only lieutenant that is aware of, you know, his frequency of requiring mental health. So, a lot of us kind of knew if he said it, we were going to take him up.

CHARLES WHITE: Okay. I don't think I have anything else. Was there anything that you could provide that you think we might need to know regarding?

LT. KIANA STRICKLAND: Yeah, his cellmate, that was -- his cellmate is down in front of the command center.

CHARLES WHITE: Mm-hmm.

LT. KIANA STRICKLAND: And he did disclose to me that last night he was requesting mental health, right? And his cellmate said that he was being ignored.

CHARLES WHITE: Right.

LT. KIANA STRICKLAND: His cellmate

also said that he wrote a suicide note last night. And it was on a yellow piece of paper or something. I think I texted Foreman that information as soon as I got it. Why? Because I was hoping you guys were still up there so you could find it. And also the cellmate -- not the cellmate, the celly next to him -- I know you saw me bending down next to a cell -- he was saying that -- he just kept saying the C.O., the C.O. And I think he said A.K. once. But he kept saying, "The C.O., the C.O." "That man kept telling him that he was going to kill himself, and the C.O. said, I do not give a fuck, kill yourself."

KEVIN HAMMOND: That was today?

LT. KIANA STRICKLAND: That is what he told me today. When I was bent down, I was (indiscernible).

KEVIN HAMMOND: No, no, no, no.

LT. KIANA STRICKLAND: That was last night. Yeah, that was last night.

CHARLES WHITE: Okay.

LT. KIANA STRICKLAND: That was last night.

KEVIN HAMMOND: So, Officer A.K. on

last night.

LT. KIANA STRICKLAND: Mm-hmm. When he said that particular statement, I do not give a fuck, da-da-da, he said the C.O.

KEVIN HAMMOND: Right.

LT. KIANA STRICKLAND: Right? He also said A.K. ignored him as well.

KEVIN HAMMOND: Okay.

LT. KIANA STRICKLAND: But that particular statement, he didn't specify what C.O., right, he said the C.O.

KEVIN HAMMOND: But it was last night.

LT. KIANA STRICKLAND: But it was last night.

KEVIN HAMMOND: Right. Right.

LT. KIANA STRICKLAND: He said he was ignored today, too, by a C.O. But he didn't specify what C.O. it was.

CHARLES WHITE: Okay. So, we are talking of Julian Gentry.

LT. KIANA STRICKLAND: That is the -- that is the one that was in the cell next to him.

CHARLES WHITE: So, that's not his cellmate? But that was --

LT. KIANA STRICKLAND: Not the cellmate

--

CHARLES WHITE: -- I mean not the cellmate, but the one next to him.

LT. KIANA STRICKLAND: The one next to him, right. Which would be, what, 58 cell, I think. Because he was in 57 cell.

KEVIN HAMMOND: Right. 57, right.

CHARLES WHITE: Okay.

LT. KIANA STRICKLAND: Mm-hmm. He's the one that has the -- the dreads. And I think he wears glasses.

CHARLES WHITE: Mm-hmm. Okay.

KEVIN HAMMOND: Okay. I think that's what we had. Anything else?

LT. KIANA STRICKLAND: No. That is the most pertinent thing that I could think of.

KEVIN HAMMOND: Okay.

CHARLES WHITE: The time is 7:29. This concludes the statement.

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certify that the foregoing transcript is a true and accurate record of the proceedings.



Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date: July 16, 2026

**1**

**11501** 21:14
**12151** 21:9
**12th** 6:2
**16** 21:16
**1670** 1:14
**1:23** 1:14

**2**

**2022** 1:15 2:2
**2026** 21:16

**3**

**30** 3:24
**300** 21:13
**330** 21:12
**373966** 2:14

**5**

**56** 4:20,21
**57** 20:6,7
**58** 20:5

**7**

**73** 14:19
**7:13** 2:2
**7:29** 20:18

**9**

**9** 1:15 2:2
**911** 4:25,25

**a**

**a.k.** 18:10,25 19:7
**accurate** 21:4
**acknowledge** 3:20,21 4:1
**actually** 3:8 8:11 15:25
**admin** 12:16,19
**administrative** 2:24
**admit** 9:18
**afraid** 8:24 9:18 10:21,22
**ago** 15:12
**ahead** 2:16 4:3
**al** 1:13
**altercation** 12:23
**anymore** 13:10
**approximate** 7:10
**april** 8:13
**assaulted** 12:1
**assist** 13:22
**attempting** 5:7
**attendance** 2:5
**available** 4:1,5
**aware** 17:8

**b**

**b.s.** 17:3
**back** 2:23 4:13 6:10,12,13 7:5 7:12 8:3,12 12:11 15:18 16:14,19
**bank** 17:3
**basically** 14:18 15:18
**bed** 5:9
**bending** 18:8
**bent** 18:17
**bit** 9:17 11:22
**block** 16:18
**blue** 9:25
**body** 9:21 10:21
**bouncing** 16:19
**bravado** 9:17
**break** 15:1

**c**

**c** 21:1,1
**c.o.** 18:9,9,11 18:11,13 19:4 19:11,11,17,18
**cage** 10:15
**call** 3:17 4:5,25 4:25
**calling** 2:11 6:5
**calm** 11:3,19 11:22
**captain** 4:2
**case** 1:14
**cdf** 2:12
**cell** 4:17,17 5:1 11:16 15:20,22 16:3,15,17 18:8 19:22 20:5,6
**cellmate** 17:17 17:17,22,25 18:6,7 19:24 19:25 20:3
**celly** 4:12 18:7
**center** 3:20 10:15 17:18
**certify** 21:3
**charles** 2:1,3,7 2:10 3:2,6,13 3:23 4:10,20 5:5,10 7:6,15 7:20,23 8:7 9:3 9:6,23 10:1,4,7 10:13,18 11:5 11:9 12:10,15 12:18 13:1,6 13:11,15,23 14:2,5,9 17:12 17:19,24 18:22 19:19,23 20:2 20:8,12,18
**check** 8:17 9:12 10:25 11:6 15:23
**click** 6:3,15
**code** 3:16
**collect** 13:5
**columbia** 1:13
**combative** 11:25
**come** 9:19 11:18,19

**coming** 4:22 6:4
**command** 3:20 10:15 17:18
**comply** 11:23 12:6
**compression** 6:3
**compressions** 5:20,21,21 6:11,12,15
**concludes** 20:19
**conference** 2:12
**consistently** 16:18
**constantly** 16:14
**corporal** 4:23
**corrections** 2:4 8:13
**country** 21:12
**couple** 7:10 8:5 11:1
**court** 4:13
**cpr** 5:7,12,20 5:25 6:5
**crazy** 11:2
**crying** 6:17,19
**cuss** 11:25
**custody** 11:8 11:11
**cv** 1:14
**cycles** 5:22

**d**

**d.c.** 2:3,14
**da** 19:4,4,4
**date** 2:1 7:9 21:16
**day** 12:11,13
**dealing** 3:18
**death** 2:20
**define** 12:18
**demise** 2:13
**department** 2:3
**describe** 2:16
**desire** 8:8
**desk** 5:8
**developed** 11:20
**developing** 3:12
**disclose** 17:21
**disclosed** 11:12
**district** 1:13
**doing** 5:13,25 6:5,11,16,18
**door** 17:1
**dreads** 20:10
**duty** 2:22 12:21

**e**

**e** 21:1
**emergency** 3:17,19,25 4:9
**entrance** 7:19
**escort** 13:21
**escorted** 6:22
**especially** 8:3
**et** 1:13
**exactly** 2:17
**expect** 8:3
**expressed** 8:8

**f**

**f** 21:1
**face** 5:3
**facial** 8:21
**facilitate** 12:2
**facilitating** 14:18
**facility** 7:13
**fact** 6:24
**far** 2:18
**feet** 5:13
**felt** 6:3,15
**find** 18:6
**first** 2:25 6:9 8:11,14,16 9:2 9:2,8 13:12,24 13:25 14:3,17
**floor** 3:1,9 5:4 5:8 7:13 12:12 13:12,12,24 14:1,4,4,7,17
**floors** 13:14
**force** 12:6 14:23
**foregoing** 21:4
**foreman** 18:3
**forgot** 14:15
**forth** 16:14,19
**frequency** 17:9
**front** 17:18
**fuck** 18:13 19:4

**g**

**gentry** 19:20
**george** 4:23
**getting** 10:10 14:19 15:9
**giovanni** 2:14 6:6,7,7,25 8:12
**give** 7:9,9 11:24 18:13 19:3
**glasses** 20:11
**go** 2:16 4:3,3 4:15 12:2,11 13:4,7,8 14:23 16:16
**going** 3:11 8:1 9:15 10:21 14:19 16:22 17:2,4,5,6,10 18:12
**good** 7:25 8:2
**gotten** 7:12
**grab** 5:13
**groin** 12:24
**guy** 8:19 9:11
**guys** 18:5

**h**

**hair** 8:22
**halfway** 6:14
**hammond** 2:6 2:6 5:14,17 6:23 7:2 10:23 14:14,20,25 15:4,7,11,15,20 16:4,9,12,23 18:15,19,25 19:5,8,12,15 20:7,13,17
**haney** 14:11
**hanging** 4:12 4:14
**happen** 13:23
**happened** 6:21
**happy** 7:24
**harry** 14:4,5
**health** 11:14,15 17:9,22
**hear** 3:16,19,20 3:21,25 12:12
**heard** 4:5
**help** 13:21
**history** 15:23
**hmm** 3:13,23 4:10 5:5 9:23 10:13 17:19 19:2 20:9,12
**honest** 5:2
**honestly** 4:16
**hoping** 18:5
**hyde** 21:3

**i**

**ignored** 17:23 19:7,17
**immediately** 3:21,22 5:20
**incident** 13:3
**indicated** 15:4
**indiscernible** 4:18 18:18
**infirmary** 2:12 3:21 15:19 16:15
**information** 2:18 18:4
**ing** 17:3
**injured** 2:23
**inmate** 2:13 4:8 5:4 7:19 13:8 13:19 15:23 16:20
**inmates** 3:1 9:19
**inside** 5:2
**interaction** 8:12 9:2,8 10:25 11:12 16:25
**interactions** 8:15,16
**investigative** 2:4
**issue** 13:3
**issues** 11:14

**j**

**january** 2:23
**jonathan** 14:19
**julian** 19:20
**july** 21:16
**june** 1:15 2:2

**k**

**kept** 10:9 18:9 18:10,11
**kevin** 2:6 5:14 5:17 6:23 7:2 10:23 14:14,20 14:25 15:4,7 15:11,15,20 16:4,9,12,23 18:15,19,25 19:5,8,12,15 20:7,13,17
**kiana** 1:15 2:8 2:8,21 3:4,8,14 3:24 4:11,21 5:6,11,15,18 7:1,4,8,18,22 7:24 8:10 9:5,7 9:24 10:2,5,8 10:14,19,24 11:7,10 12:13 12:16,20 13:2 13:7,13,16,25 14:3,6,10,12,15 14:21 15:3,6 15:10,13,16,21 16:7,10,13,24 17:16,20,25 18:16,20,23 19:2,6,9,13,16 19:21,25 20:4 20:9,15
**kids** 8:1
**kill** 16:22 18:12 18:13
**kind** 4:6 6:3 7:14 8:19,23 11:20,21,22,23 12:2,4,5 13:16 13:18 17:10
**knee** 12:25
**knees** 5:20
**knew** 17:10
**know** 5:9,23,24 6:21 7:11 8:4 8:15,19 9:17 10:20 12:4 13:23 14:4,8 14:10 15:5 17:8,15 18:7
**knowledge** 2:19
**kyle** 4:2

**l**

**lancaster** 14:7
**ledanski** 21:3
**left** 4:16 12:25

**legal** 21:11
**lieutenant** 2:8 2:10,22,25 3:3 3:5 11:17 12:17,19 14:8 14:13,16,16 16:21 17:8
**lieutenants** 3:15 13:17
**life** 8:9
**ligament** 12:25
**light** 2:22 12:21
**literally** 5:12
**little** 8:19 9:17 11:22
**lived** 15:18
**locked** 7:12
**long** 15:12,12 16:5
**longest** 15:25
**look** 5:2,3
**looked** 4:2
**looking** 4:8
**lot** 11:11 15:16 17:9
**love** 2:14 6:25 15:2
**lt** 2:8,21 3:4,8 3:14,24 4:11 4:21 5:6,11,15 5:18 7:1,4,8,18 7:22,24 8:10 9:5,7,24 10:2,5 10:8,14,19,24 11:7,10 12:13 12:16,20 13:2 13:7,13,16,25 14:3,6,10,12,15 14:21 15:3,6 15:10,13,16,21 16:7,10,13,24 17:16,20,25 18:16,20,23 19:2,6,9,13,16 19:21,25 20:4 20:9,15

**m**

**made** 11:14,16
**majority** 15:17
**make** 17:6
**male** 5:24
**man** 9:17 18:11
**max** 3:1
**mean** 8:2 9:21 15:1,15 20:2
**means** 11:7
**medical** 3:16 3:19,25 4:9
**medicine** 11:24
**mental** 11:14 11:15 17:9,22
**mentioned** 6:24
**mind** 9:14
**mineola** 21:14
**mm** 3:13,23 4:10 5:5 9:23 10:13 17:19 19:2 20:9,12
**mmm** 10:18
**moore** 14:12,13 14:16,16
**move** 13:8
**moved** 13:20
**multiple** 16:10

**n**

**n** 21:1
**name** 2:2,7 6:5
**need** 9:16 13:20 17:14
**needed** 11:16
**needs** 13:8,20
**neutral** 11:3
**never** 12:7,9 16:18
**night** 17:21 18:2,21,21,24 19:1,12,14
**north** 14:11
**northeast** 3:17 3:20 4:7 8:16 14:5
**northwest** 8:18
**note** 18:1
**noticed** 10:10
**number** 2:14
**nurses** 11:23
**ny** 21:14

**o**

**o** 21:1
**occasion** 11:13 11:15
**occasions** 16:11
**occurred** 2:14 2:16
**odor** 9:4,5,7,21 10:17
**office** 2:4
**officer** 5:22 6:1 18:25
**officer's** 5:3
**officers** 4:22 6:8 9:9,10 11:19
**official** 3:5
**oftentimes** 17:7
**oh** 7:20 10:11
**okay** 2:1,10,21 3:6,6,6,7 4:14 4:21 7:23,23 9:6 10:19 11:9 12:10,18 13:1 13:11,15 14:9 16:12,23,23 17:12 18:22 19:8,19 20:8 20:12,13,17
**old** 21:12
**once** 18:10
**open** 17:1

**own** 8:9

**p**

**p.m.** 2:2
**packages** 13:4
**paper** 18:2
**paperwork** 13:5
**particular** 19:3 19:10
**past** 5:1 9:10 9:20 15:5 16:21
**pertinent** 20:16
**pick** 7:5 13:9
**piece** 18:2
**place** 11:3
**port** 4:7 9:20
**preparing** 7:16
**proceedings** 21:5
**property** 7:5,19
**protective** 11:8 11:11
**provide** 2:19,24 17:14
**pull** 5:15
**put** 8:18 11:7

**q**

**question** 15:1
**quick** 14:25
**quirk** 8:23

**r**

**r** 21:1
**rank** 2:17
**rapport** 11:21 12:4 14:21
**really** 6:20 7:8 8:2,3,24 12:21 12:23 13:10 15:23
**record** 21:5
**recording** 6:24
**regarding** 2:13 2:19 17:15
**released** 7:17 7:21
**remember** 4:17 16:4
**requested** 11:18
**requesting** 11:11 17:21
**requiring** 17:9
**respond** 12:21
**right** 2:22 3:12 3:18 4:18 5:10 5:14,17,17 6:10 8:20 9:1 9:10,12,20 10:1,4,4,7,8,24 12:10,10 13:6 13:10 14:14,20 15:21 17:2,22 17:24 19:5,6 19:11,15,15 20:5,7,7
**riot** 3:12
**road** 21:12
**role** 2:18
**rolled** 6:7,9,10 6:11
**rolling** 6:8
**room** 2:12 5:7 5:19 6:20 9:1
**run** 3:18 5:1
**running** 4:6,23 4:24

**s**

**safe** 11:16 15:20,22 16:3 16:15,17
**sally** 4:7 9:20
**sat** 6:19
**saw** 5:3 7:13,15 7:16 8:5 9:9 18:7
**saying** 4:25 9:11 12:5 16:14 18:8,9 18:11
**screaming** 6:6
**second** 3:9 4:19 6:13 14:4
**seconds** 3:24
**see** 4:23 8:1,3
**services** 2:4
**several** 15:14
**side** 4:16 6:9
**signature** 21:9
**sit** 4:15
**site** 2:12
**situation** 3:11 3:12
**small** 3:11 13:19,21
**solutions** 21:11
**somebody** 6:16 17:6
**sonya** 21:3
**soon** 18:4
**sorry** 11:21
**south** 15:17 16:2,16
**southwest** 3:9 3:10 8:18 14:17 15:24
**specify** 19:10 19:18
**spent** 15:16,17
**spirits** 7:25 8:2
**spoke** 7:3
**spoken** 6:25
**spray** 12:7
**sprayed** 12:8
**staff** 7:19
**standing** 3:10 3:15 5:12 9:13 10:9
**start** 4:24 5:20

**started** 4:4 5:25 6:4,16 10:11 10:16
**statement** 19:3 19:10 20:19
**states** 4:11
**stayed** 15:25
**strickland** 1:15 2:8,9,11,21 3:4 3:8,14,24 4:11 4:21 5:6,11,15 5:18 7:1,4,8,18 7:22,24 8:1,10 9:5,7,24 10:2,5 10:8,14,19,24 11:7,10 12:13 12:16,20 13:2 13:7,13,16,25 14:3,6,10,12,15 14:21 15:3,6 15:10,13,16,21 16:7,10,13,24 17:16,20,25 18:16,20,23 19:2,6,9,13,16 19:21,25 20:4 20:9,15
**stronger** 10:10 10:10
**stuff** 8:22 12:6 13:19 14:18
**suicide** 15:6,7 18:1
**suite** 21:13
**support** 2:24 13:17
**supposed** 12:22 12:23
**sure** 11:14,16 17:6
**swamped** 13:18
**sweating** 10:11
**switch** 6:8

**t**

**t** 21:1,1
**take** 8:8,25 17:1,5,5,11
**takes** 17:6
**talked** 9:10
**talking** 9:3,13 10:9,16 19:20
**tapped** 5:23 6:17
**tears** 6:4
**tell** 8:20,24 10:21,21 15:8
**telling** 18:12
**texted** 18:3
**thing** 20:16
**things** 11:24
**think** 4:19 5:21 5:25 8:15,17 10:15 14:6 15:22,24 17:12 17:14 18:3,10 20:6,10,13,16
**third** 14:7
**thought** 9:21 15:2
**three** 8:6 15:17 16:2,17
**threw** 7:14
**tier** 4:24,24 5:1 5:16 6:19
**time** 2:2 6:5,8,9 6:13 7:2,16 11:1 15:17 20:18
**timeframe** 8:7
**times** 11:1 15:14
**today** 2:15,16 12:14,15 14:2 14:4 17:3 18:15,17 19:17
**today's** 2:1
**told** 18:17
**took** 10:12,14
**tore** 12:24,25
**train** 15:2
**transcript** 21:4
**tru** 3:10
**true** 21:4
**try** 5:7
**trying** 5:12 8:18 14:22
**tv** 6:20
**two** 3:9,10 4:18 5:22 8:4,5,18 8:19 14:17 15:24 16:2

**u**

**underarm** 10:16
**underarms** 8:25 11:2
**unit** 4:15 9:9,16 9:16,19 10:12 13:4,8,20 16:1 16:16,17
**units** 15:24
**upset** 6:18
**use** 11:5 12:6 14:23
**used** 9:18
**usual** 2:25
**usually** 2:24 11:17 13:3

**v**

**v** 1:13
**veritext** 21:11
**vomited** 6:10

**w**

**waiting** 7:19
**walk** 13:10
**walked** 6:19 9:10,20 16:21
**walking** 4:4
**want** 4:3 6:2 8:13 11:24 12:1,11 15:1

**wanted** 8:17
**wants** 9:11,17
**watson** 1:13
**wears** 20:11
**week** 16:2
**weeks** 7:10 8:4 8:5,6
**went** 6:12 9:8 10:17 11:3
**white** 2:1,3,7 2:10 3:2,6,13 3:23 4:10,20 5:5,10 7:6,15 7:20,23 8:7 9:3 9:6,23 10:1,4,7 10:13,18 11:5 11:9 12:10,15 12:18 13:1,6 13:11,15,23 14:2,5,9 17:12 17:19,24 18:22 19:19,23 20:2 20:8,12,18
**whoomph** 10:3
**willing** 17:3
**winston** 14:19
**word** 11:5
**work** 5:19
**wrote** 18:1

**y**

**yeah** 9:15 14:24 17:16 18:21
**year** 8:13 15:14 16:5,6,8,9
**yellow** 18:2
**young** 8:20,21

**z**

**zone** 2:25,25 12:12 13:24
**zones** 13:10,18