**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DOMINIQUE WATSON on behalf of herself and as putative personal representative of the Estate of Giovanni Love,**<br>***Plaintiff*,**<br>**v.**<br>**DISTRICT OF COLUMBIA, *et al.*,**<br>***Defendants*.** | **Civil Action No: 1:23-CV-01670-BAH** |
| **DISTRICT OF COLUMBIA,**<br>***Third-Party Plaintiff*,**<br>**v.**<br>**UNITED STATES OF AMERICA,**<br>***Third-Party Defendant.*** | |

**ORDER**

Upon consideration of the District of Columbia's Partial Consent Motion to Extend the Scheduling Order, and the entire record, it is this ______ day of ____________ 2026,

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that close of fact discovery shall be extended to December 4, 2026.

**SO ORDERED.**

_________________________________
BERYL A. HOWELL
United States District Judge